IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OGLALA SIOUX LAKOTA NURSING HOME, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RM RANGEL, INC., and MALON INSULATION SERVICE, INC., <br><br> Defendants. | **4:22CV3174** <br><br> **JUDGMENT** |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 37),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendants RM Rangel, Inc., and Malon Insulation Service, Inc. are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 15th day of December, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge